IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01231-PSF-CBS

FOREST GUARDIANS;
COLORADO WILD;
CENTER FOR NATIVE ECOSYSTEMS;
CARSON FOREST WATCH;
K. RANDAL McKOWN;
GILBERT DURAN; and
ALICE DURAN,

    Plaintiffs,

v.

U.S. FOREST SERVICE,

    Defendant.

---

## ORDER TO SET HEARING
---

The issue being now fully briefed, the Court hereby ORDERS that a hearing on the Motion to Intervene (Dkt. # 4), filed by Proposed Defendant-Intervenors Intermountain Forest Association, et al. has been SET for **Monday, August 28, 2006 at 9:30 a.m.**

    DATED: August 8, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge