IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01231-PSF-CBS

FOREST GUARDIANS;
COLORADO WILD;
CENTER FOR NATIVE ECOSYSTEMS;
CARSON FOREST WATCH;
K. RANDAL McKOWN;
GILBERT DURAN; and
ALICE DURAN,

    Plaintiffs,

v.

U.S. FOREST SERVICE,

    Defendant.

and

INTERMOUNTAIN FOREST ASSOCIATION, an Idaho corporation;
INTERMOUNTAIN RESOURCES, LLC, a Colorado limited liability company; and
MOUNTAIN VALLEY LUMBER CO., INC., a Colorado corporation,

    Defendant-Intervenors.

---

## STIPULATED ORDER

---

Plaintiffs filed a Motion for Temporary Restraining Order and Preliminary Injunction on August 21, 2006, Defendant U.S. Forest Service filed an Opposition to Plaintiffs' Motion on August 22, 2006, and this matter came before the Court for a Temporary Restraining Order Hearing on August 23, 2006. During the hearing, the parties reached an agreement on certain interim issues. In accordance with that agreement, it is hereby stipulated by the parties and ordered by the Court:

1. Defendant U.S. Forest Service shall provide its administrative record for its July 18, 2005 approval of the County Line Vegetation Management Project, and its October 21, 2005 denial of the administrative appeal of the Project, consisting solely of documents prepared on or before October 21, 2005, to Plaintiffs and Intervenors, no later than September 1, 2006.

2. Plaintiffs shall file a Renewed Motion For Preliminary Injunction and a supporting memorandum no later than September 15, 2006.

3. Defendants and Intervenors shall file their Oppositions to Plaintiffs' Renewed Motion for Preliminary Injunction no later than September 29, 2006.

4. Plaintiffs shall file any reply briefs no later than October 6, 2006.

5. Prior to the Court hearing on Plaintiffs' Motion for a Preliminary Injunction, which is scheduled for a hearing at 2:00 p.m. on October 18, 2006, Defendant Forest Service and Defendant-Intervenor Intermountain Resources LLC:

    A. May reconstruct the road identified as Road 118 from its beginning point at Colorado State Highway 17 traveling in a northerly direction to the point that Road 118 intersects with Road 118.1C; the Road identified as 118.1C from its intersection with Road 118 in a northwesterly direction to the point that Road 118.1C intersects Road 118.1E.; and the road identified as 118.1E from its intersection with 118.1C in a generally southerly direction to the point where Road 118.1E terminates. Any such road reconstruction undertaken shall include all planned improvements designed to mitigate environmental impacts of the road, such as culverts, planned as part of the County Line Vegetation Management Project;

B.  May construct the 0.3 mile, more or less, realignment of Road 118.1E thereby relocating Road 118.1E from private property and relocating Road 118.1E on to Rio Grande National Forest property. The realignment shall include such culverts as are set forth in the County Line Vegetation Management Project. The construction of the 0.3 mile, more or less, realignment of Road 118.1E will require the removal of trees within an area of approximately 1 acre; and

C.  May not otherwise construct or reconstruct roads, harvest timber or conduct other logging activities within the County Line Vegetation Management Project area.

6.  If the Court does not rule on and enter an order in reference to Plaintiffs' Motion for a Preliminary Injunction on October 18, 2006, the parties will discuss with the Court the terms and conditions that shall apply to the Defendant and Defendant-Intervenors' activities pending the Court's ruling on Plaintiffs' Motion for a Preliminary Injunction.

7.  Intervenors or Defendant shall, no later than Wednesday, September 6, 2006, provide Plaintiffs with a copy of the complete contract for logging and road work that has been entered into by the U.S. Forest Service and Intermountain Resources L.L.C., including all project descriptions, maps and other documents attached to or referenced in the contract.

8.  Defendant shall file its answer or otherwise respond to Plaintiffs' Complaint for Declaratory and Injunctive Relief on or before September 8, 2006.

DATED this 6th day of September, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____

Phillip S. Figa
United States District Judge

STIPULATED AND AGREED:


  /s/Nicholas Persampieri
Nicholas Persampieri
Neil Levine
Earthjustice
1400 Glenarm Place, Suite 300
Denver, CO 80202
Tel : 303-623-9466
Fax: 303-623-8083
E-mail:  npersampieri@earthjustice.org

ATTORNEYS FOR PLAINTIFFS


TROY A. EID
United States Attorney


  /s/Stephen D. Taylor, with permission
Stephen D. Taylor
Assistant U.S. Attorney
1225 Seventeenth Street
Suite 700
Denver, CO 80202
Tel:  (303) 454-0100
Fax: (303) 454-0408
E-mail:   stephen.taylor@usdoj.gov

ATTORNEY FOR DEFENDANT
FOREST SERVICE
HAGLUND KELLEY HORNGREN JONES & WILDER LLP


  /s/Scott W. Horngren, with permission
Scott W. Horngren
Haglund Kelley Horngren Jones & Wilder LLP
101 SW Main Street, Suite 1800
Portland, OR  97204
Tel:  (503) 225-0777
E-mail:   horngren@hk-law.com

ATTORNEYS FOR DEFENDANT-INTERVENORS