IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01231-PSF-CBS

FOREST GUARDIANS;
COLORADO WILD;
CENTER FOR NATIVE ECOSYSTEMS;
CARSON FOREST WATCH;
K. RANDAL McKOWN;
GILBERT DURAN; and
ALICE DURAN,

    Plaintiffs,

v.

U.S. FOREST SERVICE,

    Defendant,

and

INTERMOUNTAIN FOREST ASSOCIATION, an Idaho corporation,
INTERMOUNTAIN RESOURCES LLC, a Colorado limited liability company, and
MOUNTAIN VALLEY LUMBER CO., INC., a Colorado corporation,

    Defendant-Intervenors.

## ORDER TO SET HEARING FOR ORAL ARGUMENT

As set forth in the minutes of the hearing on preliminary injunction held October 18, 2006, pursuant to a conference call between counsel and chambers staff, oral argument will be heard before the undersigned on **Tuesday, November 14, 2006 at 9:00 a.m.**

DATED:  October 19, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge