IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01231-PSF-CBS

FOREST GUARDIANS, et al.,

     Plaintiffs,

v.

U.S. FOREST SERVICE,

     Defendant.

and

INTERMOUNTAIN FOREST ASSOCIATION, and
INTERMOUNTAIN RESOURCES, LLC,

     Defendant-Intervenors.

---

## STIPULATED ORDER

---

Plaintiffs filed a Renewed Motion for Preliminary Injunction on September 15, 2006, Defendants and Intervenors filed oppositions to Plaintiffs' Motion on September 29, 2006, Plaintiffs filed a reply on October 6, 2006, and this matter came before the Court for a Preliminary Injunction hearing on October 18, 2006. During the hearing, the parties reached an agreement on certain interim issues, which would be in effect until the Court rules on the merits of this case. Accordingly, the parties stipulate and the Court orders:

    1. Oral argument is scheduled for 9:00 a.m. on November 14, 2006.

    2. The Court will consider the merits of Plaintiffs' claims based on existing briefing and, if necessary, the November 14, 2006 oral argument. Except as provided in Paragraph 7, the parties will not submit additional briefing.

3.  Prior to the Court's ruling on the merits of Plaintiffs' claims, Defendant Forest

Service and Defendant-Intervenor Intermountain Resources LLC may complete road

reconstruction of the following roads:

> Road 118 from its beginning point at Colorado State Highway 17 traveling in a northerly direction to the point that Road 118 intersects with Road 118.1C; Road 118.1C from its intersection with Road 118 in a northwesterly direction to the point that Road 118.1C intersects Road 118.1E; and Road 118.1E from its intersection with Road 118.1C in a generally southerly direction to the point where Road 118.1E terminates.

This road reconstruction will primarily involve the addition of crushed rock or gravel and the

installation of culverts.  There will be no construction of temporary roads.

4.  In completing the road reconstruction, Defendant-Intervenor may cut and remove

dead trees leaning toward or overhanging the road that present a danger of falling on to the roads

which have been marked as hazard trees by the Forest Service.  The hazard trees and trees cut as

a result of Road 118.1E being realigned from private property may be removed from the sale

area.

5.  The Forest Service and Intervenor shall not otherwise construct or reconstruct roads,

harvest timber or conduct any other activities that further the County Line logging project prior

to the Court's ruling on the merits of Plaintiffs' claims.

6.  If the Court rules in favor of Plaintiffs, as soon as soil and weather conditions are

favorable, the Forest Service shall take such actions that are necessary to rehabilitate and

stabilize exposed soils outside of the roadbeds of Roads 118, 118.1C and 118.1E and shall take

whatever additional actions are necessary, if any, to minimize adverse environmental impacts of

the road reconstruction on Roads 118, 118.1C and 118.1E.  In addition, the Forest Service shall

seed the roadbed of Road 118.1E.

2

7.  The parties shall attempt to reach agreement on the inclusion of pages in the administrative record that Plaintiffs assert are missing and on Plaintiffs' objections to the Forest Service's claims of privilege.  The Forest Service shall file with the Court and serve on the other parties a supplement to the administrative record containing additional documents that the parties agree should be included in the administrative record no later than October 27, 2006. The parties shall submit to the Court for resolution any such issues that are not resolved.  If Plaintiffs determine that newly disclosed documents provide support to their claims, Plaintiffs may file a short brief explaining the significance of the newly disclosed documents and Defendants and Intervenors may file a brief opposition to such brief.

DATED this 25th day of October, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge

STIPULATED AND AGREED:

/s/ Nicholas Persampieri
Nicholas Persampieri
Neil Levine
Andrea Zaccardi
Earthjustice
1400 Glenarm Place, Suite 300
Denver, CO 80202
Tel : 303-623-9466
Fax: 303-623-8083
E-mail:   npersampieri@earthjustice.org

ATTORNEYS FOR PLAINTIFFS

TROY A. EID
United States Attorney


/s/ Stephen D. Taylor
Stephen D. Taylor
Assistant U.S. Attorney
1225 Seventeenth Street
Suite 700
Denver, CO 80202
Tel:  (303) 454-0100
Fax: (303) 454-0408
E-mail:    stephen.taylor@usdoj.gov

ATTORNEY FOR DEFENDANT
FOREST SERVICE


HAGLUND KELLEY HORNGREN JONES & WILDER LLP

/s/ Scott W. Horngren
Scott W. Horngren
Haglund Kelley Horngren Jones & Wilder LLP
101 SW Main Street, Suite 1800
Portland, OR  97204
Tel:  (503) 225-0777
E-mail:    horngren@hk-law.com

ATTORNEYS FOR DEFENDANT-INTERVENORS