IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01231-PSF-CBS

FOREST GUARDIANS;
COLORADO WILD;
CENTER FOR NATIVE ECOSYSTEMS;
CARSON FOREST WATCH;
K. RANDAL McKOWN;
GILBERT DURAN; and
ALICE DURAN,

      Plaintiffs,

v.

U.S. FOREST SERVICE,

      Defendant,

and

INTERMOUNTAIN FOREST ASSOCIATION, an Idaho corporation,
INTERMOUNTAIN RESOURCES LLC, a Colorado limited liability company, and
MOUNTAIN VALLEY LUMBER CO., INC., a Colorado corporation,

      Defendant-Intervenors.

---

**ORDER RE: MOTION FOR ENTRY OF JUDGMENT**

---

      Plaintiffs' Unopposed Motion for Entry of Judgment (Dkt. # 69) is GRANTED.

The Clerk of the Court is hereby DIRECTED to enter judgment in this matter.

      DATED:  December 14, 2006

                              BY THE COURT:

                              *s/ Phillip S. Figa*

                              _____

                              Phillip S. Figa
                              United States District Judge