IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01231-PSF-CBS

FOREST GUARDIANS;
COLORADO WILD;
CENTER FOR NATIVE ECOSYSTEMS;
CARSON FOREST WATCH;
K. RANDAL McKOWN;
GILBERT DURAN; and
ALICE DURAN,

    Plaintiffs,

v.

U.S. FOREST SERVICE,

    Defendant.

## ORDER ON PLAINTIFFS-APPELLANTS' MOTION
## FOR INJUNCTION PENDING APPEAL

    This matter is before the Court on Plaintiffs-Appellants' Motion for Injunction Pending Appeal (Dkt. # 74) filed January 4, 2007. The motion states that the plaintiffs-appellants have filed a notice of appeal from this Court's Final Order on Administrative Review entered December 6, 2006, and the final judgment entered in connection therewith on December 14, 2006. The present motion seeks an injunction pending appeal pursuant to F.R.Civ.P. 62(c) and F.R.A.P. 8(a)(1).

    As plaintiffs correctly state, an injunction pending appeal may be entered when the appellants have shown a likelihood of success on appeal, the threat of irreparable harm pending appeal if the injunction is not granted, the absence of harm to opposing

parties if the injunction is granted, and any risk of harm to the public interest.  *Homans v. City of Albuquerque*, 264 F.3d 1240, 1243 (10th Cir. 2001).  Plaintiffs-appellants here argue that all four criteria favor the entry of an injunction pending appeal.

This Court disagrees.  In its Final Order entered on December 6, 2006 (Dkt. # 68), the Court found that the plaintiffs had failed to demonstrate that the defendant United States Forest Service violated either the National Forest Management Act or the National Environmental Policy Act, having not made an arbitrary and capricious decision in approving the County Line logging project (*id.* at 33-34).  Accordingly, the Court denied plaintiffs the relief they sought in their complaint.  For the same reasons set forth in that Order, the Court cannot find that plaintiffs-appellants have demonstrated a likelihood of success in their appeal.  Therefore, the motion for an injunction pending appeal (Dkt. # 74) is DENIED.

DATED:  January 16, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge